UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
DANIEL POWELL, JR.,

    Plaintiff,

  -against-

C. O. CONCEPTIONAL, et al.,

    Defendants.

14 Civ. 2725 (GBD)(AJP)

-------------------------------------
DANIEL POWELL,

    Plaintiff,

  -against-

NEW YORK CITY [CORRECTIONS], WARDEN
DUFFY, JOHN DOE, et al

    Defendants.
------------------------------------- x

14 Civ. 3815 (GBD)(AJP)

**REPORT AND RECOMMENDATION**

**ANDREW J. PECK, United States Magistrate Judge:**

  Plaintiff Pro Se in these cases was released from prison in October, has not advised the Court of a current address, has not complied with several deadlines in theses cases, and has not taken any steps to advance the cases.

  Accordingly, the Court should dismiss these cases (without prejudice) for failure to obey Court scheduling orders and failure to prosecute.

H:\OPIN\

## FILING OF OBJECTIONS TO THIS REPORT AND RECOMMENDATION

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from service of this Report to file written objections. See also Fed. R. Civ. P. 6. Such objections (and any responses to objections) shall be filed with the Clerk of the Court, with courtesy copies delivered to the chambers of the Honorable George B. Daniels, 500 Pearl Street, Room 1310, and to my chambers, 500 Pearl Street, Room 1370. Any requests for an extension of time for filing objections must be directed to Judge Daniels (with a courtesy copy to my chambers). Failure to file objections will result in a waiver of those objections for purposes of appeal. Thomas v. Arn, 474 U.S. 140, 106 S. Ct. 466 (1985); IUE AFL-CIO Pension Fund v. Herrmann, 9 F.3d 1049, 1054 (2d Cir. 1993), cert. denied, 513 U.S. 822, 115 S. Ct. 86 (1994); Frank v. Johnson, 968 F.2d 298, 300 (2d Cir.), cert. denied, 506 U.S. 1038, 113 S. Ct. 825 (1992); Small v. Sec'y of Health & Human Servs., 892 F.2d 15, 16 (2d Cir. 1989); Wesolek v. Canadair Ltd., 838 F.2d 55, 57-59 (2d Cir. 1988); McCarthy v. Manson, 714 F.2d 234, 237-38 (2d Cir. 1983); 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

Dated:      New York, New York
               November 24, 2014

Respectfully submitted,

Andrew J. Peck
United States Magistrate Judge

Copies to:    Daniel Powell (mail)
               All Counsel (ECF)
               Judge Daniels